154 A.3d 703

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF-RESPONDENT, v. M.L., DEFENDANT-PE-TITIONER, AND R.C., DEFENDANT. IN THE MATTER OF I.C. AND N.L., MINORS-RESPONDENTS.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-2870/2872-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 704

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CHRIS-TIAN RODRIGUEZ, DEFENDANT, AND AMERICAN RELI-ABLE INSURANCE COMPANY, SURETY–PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–974/975/976–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.